PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
R. TODD TERRY, ESQ.
Nevada Bar No. 6519
tterry@christiansenlaw.com
KEELY A. PERDUE, ESQ.
Nevada Bar No. 13931
keely@christiansenlaw.com
CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 240-7979
Fax: (866) 412-6992
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN BROWN, an individual; JENNIFER BROWN, an individual; <br><br> Plaintiffs, <br><br> v. <br><br> SAM'S WEST, INC.; ADVANTAGE SALES AND MARKETING, LLC and DOES 1 through 100; <br><br> Defendants. | Case No. 2:15-cv-01964-LDG-CWH <br><br> **STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANT ADVANTAGE SALES AND MARKETING, LLC'S MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Local Rules IA 6-1, 6-2, and LR 7-1, the undersigned counsel of record for Plaintiffs, Kevin Brown and Jennifer Brown, and Defendant, Advantage Sales and Marketing, LLC, hereby STIPULATE to extend the time for Plaintiffs to file an Opposition to Defendant Advantage Sales and Marketing, LLC's Motion for Summary Judgment (ECF No. 51) (the "Motion"). Defendant Advantage Sales and Marketing, LLC filed its Motion on July 19, 2017. Plaintiffs' Opposition is currently due on August 9, 2017. If approved, the foregoing parties have agreed to a two-week extension to file the Opposition, which would make it due on August 23, 2017. This is the first stipulation seeking to extend the Opposition deadline.

Plaintiffs submits that good cause exists to approve the requested stipulation as the requested two-week extension will provide Plaintiffs with sufficient time to address the numerous arguments raised by Defendant Advantage Sales and Marketing, LLC in the Motion.

DATED this 4th day of August, 2017.                    DATED this 4th day of August, 2017.

CHRISTIANSEN LAW OFFICES                    MURCHISON & CUMMING, LLP

  /s/ Keely A. Perdue                                          /s/ Michael J. Nunez, Esq.
By_____    By_____
  PETER S. CHRISTIANSEN, ESQ.                    MICHAEL J. NUNEZ, ESQ.
  R. TODD TERRY, ESQ.                                  Nevada Bar No. 10703
  KEELY A. PERDUE, ESQ.                              BRYAN J. URE, ESQ.
  *Attorneys for Plaintiffs*                                Nevada Bar No. 11004
                                                                   6900 Westcliff Drive, Suite 605
                                                                   Las Vegas, NV 89145
                                                                   *Attorneys for Defendant Advantage Sales*
                                                                   *and Marketing, LLC*

**IT IS SO ORDERED.**

By_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE
Dated:_____August 2017

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5 and the Court's Local Rules, the undersigned hereby certifies that on this day, August 4, 2017, a copy of the foregoing document entitled ***STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANT ADVANTAGE SALES AND MARKETING, LLC'S MOTION FOR SUMMARY JUDGMENT*** was filed and served through the Court's electronic filing system (CM/ECF) upon all registered parties and their counsel.

_____
An employee of Christiansen Law Offices