ROBERT K. PHILLIPS
Nevada Bar No. 11441
SUNEEL J. NELSON
Nevada Bar No. 12052
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
snelson@psalaw.net

*Attorneys for Defendant
Sam's West, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN BROWN, an individual; and, JENNIFER BROWN, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>SAM'S WEST, INC.; ADVANTAGE SALES AND MARKETING, LLC; and DOES 1 through 100;<br><br>Defendants. | Case No.: 2:15-cv-01964-LDG-CWH<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT SAM'S WEST, INC. TO FILE ITS RESPONSE TO DEFENDANT ADVANTAGE SALES AND MARKETING, LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[First Request]** |

Pursuant to Local Rules IA 6-1, 6-2, and LR 7-1, the undersigned counsel of record for Defendants SAM'S WEST, INC. ("Sam's West"), and ADVANTAGE SALES AND MARKETING, LLC ("ASM"), hereby STIPULATE to extend the time for filing Sam's West's response to ASM's Motion for Summary Judgment (ECF No. 51) (the "Motion"). ASM filed its Motion on July 19, 2017, and Sam's West's response is currently due on August 9, 2017. If approved, the foregoing parties have agreed to a two-week extension of the deadline until August 23, 2017. This is the first stipulation seeking to extend the deadline for filing Sam's West's response. Notably, however, ASM and Plaintiffs Kevin Brown and Jennifer Brown have filed a separate stipulation and proposed order in which they agree to an identical two-week extension of the deadline for filing Plaintiffs' response to ASM's Motion for Summary Judgment, which this Honorable Court approved and entered on August 4, 2017. (*See* ECF No. 59.)

| | |
|---|---|
| 1 | Sam's West submits that good cause exists to approve this stipulation as the requested two-week extension is necessary for Sam's West to address the arguments raised by Defendant Advantage Sales and Marketing, LLC in its Motion. |

DATED this 8th day of August, 2017.                    DATED this 8th day of August, 2017.

**PHILLIPS, SPALLAS & ANGSTADT LLC**          **MURCHISON & CUMMING, LLP**

By: /s/ Suneel J. Nelson                                              By: /s/ Michael J. Nunez
    Suneel J. Nelson                                                         Michael J. Nunez
    Nevada Bar No. 12052                                               Nevada Bar No. 10703
    504 South Ninth Street                                                 6900 Westcliff Drive, Suite 605
    Las Vegas, Nevada 89101                                           Las Vegas, Nevada 89145

*Attorneys for Defendant Sam's West, Inc.*                 *Attorneys for Defendant Advantage Sales and Marketing, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

Dated: 9 August 2017