# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEVIN BROWN, et al.,

    Plaintiffs,

vs.

SAM'S WEST INC., et al.,

    Defendants.

Case No. 2:15-cv-01964-LDG-CWH

**ORDER**

Presently before the Plaintiffs' Motion for Sanctions Due to Spoliation of Evidence (ECF No. 50), filed on July 17, 2017. Defendant Sam's West filed a response (ECF No. 56) on July 31, 2017. Plaintiffs filed a reply (ECF No. 57) on August 3, 2017.

Having reviewed and considered the parties' briefs, the court has determined that an evidentiary hearing is required. Counsel should be prepared to present evidence on the limited issue of whether there was surveillance video that captured the general area where the incident occurred.

IT IS THEREFORE ORDERED that an evidentiary hearing regarding Plaintiffs' Motion for Sanctions Due to Spoliation of Evidence (ECF No. 50) is set for Monday, October 23, 2017, at 2:30 p.m. in Courtroom 3C, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

DATED: October 11, 2017

                                              **C.W. Hoffman, Jr.**
                                              **United States Magistrate Judge**