ROBERT K. PHILLIPS
Nevada Bar No. 11441
BETSY C. JEFFERIS
Nevada Bar No. 12980
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
rphillips@psalaw.net
bjefferis@psalaw.net

*Attorneys for Defendant*
*Sam's West, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN BROWN, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>SAM'S WEST, INC.; ADVANTAGE SALES AND MARKETING, LLC; and DOES 1 through 100;<br><br>        Defendants. | Case No.: 2:15-cv-01964-LDG-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DATE TO FILE PRE-TRIAL ORDER [FIRST REQUEST]** |

WHEREAS, pursuant to the order of this Court (Doc. #93), the parties were to file a Joint Pretrial Order on or before April 20, 2018; and

WHEREAS, on February 12, 2018, the Court ordered that Defendant Sam's West can conduct limited discovery as to the loss of consortium claim brought by Plaintiff Jennifer Brown in the matter including re-deposing Jennifer Brown on the loss of consortium claim and disclosing an expert witness, if necessary, and the parties wish to utilize this information in preparation of the Joint Pretrial Order;

WHEREAS, the parties are currently engaging in settlement negotiations to resolve this matter in its entirety. Given these discussions, and in order to avoid potentially unnecessary additional fees and costs if this matter settles, the parties stipulate to extend the deadline for the Joint Pre-Trial Order.

IT IS HEREBY STIPULATED AND AGREED by and between Betsy C. Jefferis, Esq. of the law firm of PHILLIPS, SPALLAS & ANGSTADT LLC, Attorneys for Defendant Sam's West, Inc. and R. Todd Terry, Esq. and Keely A. Purdue, Esq. of CHRISTIANSEN LAW OFFICES, Attorneys for Plaintiffs Kevin and Jennifer Brown, as follows:

That the deadline for filing the Joint Pretrial Order be extended to June 19, 2018.

Respectfully submitted on this 11th day of April, 2018, by:

| **CHRISTIANSEN LAW OFFICES** | **PHILLIPS, SPALLAS &ANGSTADT, LLC** |
|---|---|
| /s/ *Keely A Purdue* | /s/ *Betsy C. Jefferis* |
| _____ | _____ |
| KEELY A. PURDUE, ESQ. | BETSY C. JEFFERIS, ESQ. |
| Nevada Bar No. 13931 | Nevada Bar No. 12980 |
| 801 S. Casino Center Blvd. | 504 South Ninth Street |
| Las Vegas, NV 89101 | Las Vegas, Nevada 89101 |
| (702)-240-7979 | (702) 938-1510 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Kevin Brown* | *Sam's West, Inc* |

**IT IS SO ORDERED.**

Dated this 12th day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of April, 2018, I served a true and correct copy of the foregoing, **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DATE TO FILE PRE-TRIAL ORDER [FIRST REQUEST]**, by facsimile and by U.S. Mail, in a sealed envelope, first-class postage fully prepaid, addressed to the following counsel of record, at the address listed below:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| PETER S. CHRISTIANSEN, ESQ.<br>Nevada Bar No. 5254<br>CHRISTIANSEN LAW OFFICES<br>801 S. Casino Center Blvd.<br>Las Vegas, Nevada 89101 | Phone 702-240-7979<br>Fax    866-412-6992 | Plaintiff |

*/s/ Betsy C. Jefferis*

An Employee of PHILLIPS, SPALLAS & ANGSTADT LLC