PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
R. TODD TERRY, ESQ.
Nevada Bar No. 6519
tterry@christiansenlaw.com
KEELY A. PERDUE, ESQ.
Nevada Bar No. 13931
keely@christiansenlaw.com
CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 240-7979
Fax: (866) 412-6992
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN BROWN, an individual; JENNIFER BROWN, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>SAM'S WEST, INC.; ADVANTAGE SALES AND MARKETING, LLC and DOES 1 through 100;<br><br>Defendants. | Case No. 2:15-cv-01964-LDG-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PARTIES TO FILE JOINT PRE-TRIAL ORDER**<br><br>**(Third Request)** |

Pursuant to Local Rules 6-1 and 26-4, the parties, by and through their respective attorneys of record, stipulate and agree to continue the deadline for the parties to file their Joint Pre-Trial Order an additional fourteen (14) days.

This Court previously granted an extension for the parties to complete the Joint Pre-Trial Order, which is currently due on August 3, 2018, pursuant to the Stipulation and Order signed by the Court on June 21, 2018. [ECF No. 101]. The most recent stipulation was sought by the parties in order to allow for substantive settlement negotiations to proceed in an effort to resolve this matter. The parties have been unsuccessful in reaching a resolution, and thus, need an additional fourteen (14) days to sufficiently prepare the Joint Pre-Trial Order.

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

For these reasons, the parties hereby stipulate to continue the deadline to submit their Joint Pre-Trial Order an additional fourteen (14) days.

The deadline for filing the Joint Pre-Trial Order is hereby extended to August 17, 2018.

DATED this 2nd day of August, 2018.　　　　DATED this 2nd day of August, 2018.

CHRISTIANSEN LAW OFFICES　　　　　　　PHILLIPS, SPALLAS & ANGSTADT, LLC

By /s/ Keely A. Perdue, Esq.　　　　　　　　By /s/ Betsy C. Jefferis, Esq.
　PETER S. CHRISTIANSEN, ESQ.　　　　　　BETSY C. JEFFERIS, ESQ.
　R. TODD TERRY, ESQ.　　　　　　　　　　Nevada Bar No. 12980
　KEELY A. PERDUE, ESQ.　　　　　　　　　502 South Ninth Street
　*Attorneys for Plaintiffs*　　　　　　　　　　Las Vegas, NV 89101
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Sam's West, Inc.*

**IT IS SO ORDERED.**

By_____
UNITED STATES MAGISTRATE JUDGE

Dated: August 3, 2018

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5 and the Court's Local Rules, the undersigned hereby certifies that on this 2nd day of August 2018, a copy of the foregoing document entitled **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PARTIES TO FILE JOINTPRE-TRIAL ORDER (Third Request)** was filed and served through the Court's electronic filing system (CM/ ECF) upon all registered parties and their counsel.

/s/ Christi Melton
An employee of Christiansen Law Offices